NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3056

ANDY BOCTOR,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in SF3330080342-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Upon consideration of Myrna Castanon's motion to withdraw as counsel for Andy Boctor,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Boctor's informal brief (form enclosed) is due within 30 days of the date of filing of this order.

FOR THE COURT

MAY - 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Andy Boctor (informal brief form enclosed)
       Myrna Castanon, Esq.
       Hillary A. Stern, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK